[No. 66524-3-I.   Division One.   November 5, 2012.]

JON L. WILKERSON, *Appellant*, v. THE CITY OF SEATAC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-23226-1, Michael Hayden, J., entered December 10, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse, J., and Ellington, J. Pro Tem.

[No. 66907-9-I.   Division One.   November 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LEROY PINES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00099-7, David A. Kurtz, J., entered March 31, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Spearman, JJ.

[No. 66973-7-I.   Division One.   November 5, 2012.]

PILCHUCK CONTRACTORS, INC., *Respondent*, v. MICHAEL T. AUSTIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-13177-9, Gregory P. Canova, J., entered February 2, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Becker, JJ.

[No. 67258-4-I.   Division One.   November 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN RASMUSSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06581-7, J. Wesley Saint Clair, J., entered June 6, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.